No. 817. JAMES KENNEY v. UNITED STATES. March 3, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Q. Mahaffy, Mr. John J. King* and *Mr. W. L. Estes* for petitioner. *The Solicitor General* and *Mr. Assistant Attorney General Porter* for the United States.

No. 826. F. R. GLASCOCK ET AL. v. ELLIS McDANIEL ET AL., MINORS, by J. O. CRAVENS, GUARDIAN. March 3, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. W. B. Moore* and *Mr. George S. Ramsey* for petitioners. No appearance for respondents.

No. 830. LEHIGH VALLEY RAILROAD COMPANY v. NEW JERSEY FIDELITY & PLATE GLASS INSURANCE COMPANY. March 3, 1919. Petition for a writ of certiorari to the Court of Errors and Appeals of the State of New Jersey denied. *Mr. Gilbert Collins; Mr. Lindley M. Garrison, Mr. George S. Hobart, Mr. Edgar H. Boles, Mr. Charles A. Boston* and *Mr. Richard W. Barrett* for petitioner. *Mr. Jeremiah F. Hoover* for respondent.

No. 543. GIDEON M. FREEMAN v. UNITED STATES. March 10, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. C. W. Pendleton, Jr.,* for petitioner. No brief filed for the United States.

No. 810. AMERICAN RAILROAD COMPANY OF PORTO RICO v. PEOPLE OF PORTO RICO. March 10, 1919.